| **Fill in this information to identify the case** |
|---|
| **Debtor 1**  Sylvester L. Price |
| **Debtor 2**  Sherrie M. Price AKA Sherrie M. McAfee<br>**(Spouse, if filing)** |
| United States Bankruptcy Court for the: SOUTHERN District of OHIO<br>                                                                                              **(State)** |
| **Case number**   16-11430 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges                                    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust        **Court claim no.** (if known)**:**    **3**

**Last four digits** of any number you use to identify the debtor's account:    **1892**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 12/15/16

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.**

| | **Description** | **Dates incurred** | | **Amount** |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | 10/20/17 | (8) | $        3,566.65 |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. | Other. Specify: _____ | | (11) | $ |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13. | Other. Specify: _____ | | (13) | $ |
| 14. | Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2               **Notice of Postpetition Mortgage Fees, Expenses, and Charges**                             Page **1**

17-035896_RNM

Debtor 1  ____Sylvester L. Price_____   Case number (if known) 16-11430_____
          First Name    Middle Name    Last Name

## Part 2: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐   I am the creditor.

☐   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  ____/s/ Adam B. Hall_____     Date __12/04/2017___
   Signature

Print:       __Adam B. Hall (0088234)_____     Title  __Attorneys for Creditor____
Title        __Attorneys for Creditor_____
Company      __Manley Deas Kochalski LLC_____
Address      __P.O. Box 165028_____
             Number       Street
             __Columbus, OH  43216-5028_____
             City                State   ZIP Code

Contact phone  __614-220-5611_____        Email  __abh@manleydeas.com__

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202

Margaret A. Burks, 600 Vine Street, Suite 2200, Cincinnati, OH 45202, cincinnati@cinn13.org

John W. Rose, Attorney for Sylvester L. Price and Sherrie M. Price AKA Sherrie M. McAfee, 35 East Seventh Street, Suite 610, Cincinnati, OH 45202-2403, johnwrose@fuse.net

and by ordinary U.S. mail on December __4__, 2017 addressed to:

Sylvester L. Price and Sherrie M. Price AKA Sherrie M. McAfee, 7063 Lakota Ridge Drive, Hamilton, OH 45011

Sylvester L. Price and Sherrie M. Price AKA Sherrie M. McAfee, 6620 Highland Ave, Cincinnati, OH 45236

                                                      /s/ Adam B. Hall
                                                      Adam B. Hall

17-035896_RNM