**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Sylvester L. Price** | : | **Case No.: 16-11430** |
| **Sherrie M. Price AKA Sherrie M.** | : | **Chapter 13** |
| **McAfee** | : | **Judge Jeffery P. Hopkins** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

**RESPONSE TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY AND TO DISTRIBUTE PROCEEDS (DOCKET # 47)**

Now comes U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("Creditor"), by and through its mortgage servicing agent Caliber Home Loans, Inc., by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Motion for Authority to Sell Real Property and to Distribute Proceeds filed by Sylvester L. Price and Sherrie M. Price AKA Sherrie M. McAfee (collectively, "Debtors") on February 23, 2018 at Docket # 47.

1. Creditor is a creditor secured by a first mortgage lien on the real property located at 6620 Highland Ave, Cincinnati, Ohio, 45236.

2. Creditor does not oppose the Motion so long as Creditor's lien is paid in full. Any sale for less than Creditor's payoff will be contingent on written approval from Creditor.

3. Creditor also requests that Debtor's counsel request a payoff quote from Creditor to ensure the lien is paid in full prior to closing.

17-035896_EAM1

WHEREFORE, Creditor respectfully requests that a hearing be set on the matter and that the motion be denied.

        Respectfully submitted,

        /s/ Adam B. Hall
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
John R. Cummins (0036811)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

17-035896_EAM1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response to Motion for Authority to Sell Real Property and to Distribute Proceeds was served **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202

Margaret A. Burks, 600 Vine Street, Suite 2200, Cincinnati, OH 45202, cincinnati@cinn13.org

John W. Rose, Attorney for Sylvester L. Price and Sherrie M. Price AKA Sherrie M. McAfee, 35 East Seventh Street, Suite 610, Cincinnati, OH 45202-2403, johnwrose@fuse.net

and by ordinary U.S. mail on February  27 , 2018 addressed to:

Sylvester L. Price and Sherrie M. Price AKA Sherrie M. McAfee, 7063 Lakota Ridge Drive, Hamilton, OH 45011

Sylvester L. Price and Sherrie M. Price AKA Sherrie M. McAfee, 6620 Highland Ave, Cincinnati, OH 45236

Hamilton County Treasurer, County Administration Building , 138 East Court Street , Cincinnati , OH 45202

Beneficial Mortgage Company of Ohio, 2700 Sanders Road, Prospect Heights, IL 60070

        /s/ Adam B. Hall
        Adam B. Hall

17-035896_EAM1